# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    SCOTT WIENER,

            Debtor.

-----------------------------------------------------------x

Chapter 7

Case No.: 18-13042 (JLG)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the motion (the "**Motion**")[1] of SilvermanAcampora LLP ("**SilvermanAcampora**"), counsel of record to Scott Wiener (the "**Debtor**"), seeking entry of an order (a) authorizing SilvermanAcampora to withdraw as counsel of record for the Debtor in his chapter 7 bankruptcy proceeding; and due and proper notice of the Motion having been given; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore, it hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Debtor's retention of SilvermanAcampora as his attorneys be, and hereby is, terminated.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.