SilvermanAcampora LLP
Attorneys for the Debtor
100 Jericho Quadrangle-Suite 300
Jericho, New York 11753
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:

SCOTT WIENER,

                          Debtor.

---------------------------------------------------------------x

Chapter 7
Case No.: 18-13042 (JLG)

## DECLARATION OF ANTHONY C. ACAMPORA IN
## SUPPORT OF MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR

**ANTHONY C. ACAMPORA**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am a member of the firm of SilvermanAcampora LLP ("**SilvermanAcampora**"), with offices located at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753. I am duly admitted to practice law before this Court and the courts of the State of New York.

2. I submit this declaration (the "**Declaration**") in support of the motion (the "**Motion**")[1] of SilvermanAcampora for an order authorizing SilvermanAcampora to withdraw as counsel of record for Scott Wiener, the above-referenced chapter 7 debtor (the "**Debtor**") in his chapter 7 bankruptcy proceeding.

3. On October 5, 2018 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

4. As counsel to the Debtor, to date SilvermanAcampora has ensured that all required documents have been filed in the Debtor's case and that the Debtor has timely complied with requests from the Debtor's chapter 7 trustee. Additionally, SilvermanAcampora represented the Debtor at his initial Section 341(a) meeting of creditors.

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings given to them in the Motion.

5. On February 27, 2019, the Debtor informed me that he no longer wishes for SilvermanAcampora to represent him in his chapter 7 case.

Dated: Jericho, New York
      February 27, 2019

                              **SILVERMANACAMPORA LLP**
                              Attorneys for the Debtor

                    By:   *s/ Anthony C. Acampora*
                              Anthony C. Acampora
                              Member of the Firm
                              100 Jericho Quadrangle, Suite 300
                              Jericho, New York 11753
                              (516) 479-6300