**SILVERMANACAMPORA LLP**
Attorneys for the Debtor
100 Jericho Quadrangle-Suite 300
Jericho, New York 11753
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

  SCOTT WIENER,

                               Debtor.
-----------------------------------------------------------x

Chapter 7
Case No.: 18-13042 (JLG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

      I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

      On February 27, 2019, deponent served the within:

- **NOTICE OF PRESENTMENT OF MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR; AND**

- **MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR, together with SUPPORTING EXHIBIT - PROPOSED ORDER**

- **DECLARATION OF ANTHONY C. ACAMPORA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR**

by **First Class Mail** to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    **Debtor**
          Scott Wiener
          9830 Mariposa Lane
          Apt. 105
          Wauwatosa, WI 53226

**Trustee**
Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**United States Trustee**
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                                                  *s/ Melissa Cohen*
                                                    **MELISSA COHEN**

Sworn to before me this
27th day of February, 2019.

> Carol Ann Gallo-Russo
> Notary Public, State of New York
> No. 01GA4632721
> Qualified in Suffolk County
> Commission Expires April 30, 2022

 *s/ Carol Ann Gallo-Russo*
         Notary Public